United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB NOEL ENCALADE,<br>Plaintiff,<br>v.<br>SAN FRANCISCO COUNTY JAIL,<br>Defendant. | Case No. 26-cv-05525-HSG<br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/27/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge